UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PSG ENERGY GROUP, LLC and ENVELOP GROUP, LLC, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CASE NO. 1:18-cv-03008-TWP-TAB |
| JAMISON M. KRYNSKI, RPG ENERGY GROUP, INC., COLTON COOPER, TYLER G. WELSH, LEONARD HOBBS, RICHARD JOHNSON, and GREENWAVE HOLDINGS LLC, | ) ) ) ) ) ) ) |
| Defendants. | ) |
| JAMISON M. KRYNSKI, RPG ENERGY GROUP, INC., COLTON COOPER, and TYLER G. WELSH, | ) ) ) ) |
| Counterclaimants, | ) |
| v. | ) |
| PSG ENERGY GROUP, LLC and ENVELOP GROUP, LLC, | ) ) |
| Counterclaim-Defendants. | ) |
| JAMISON M. KRYNSKI, | ) |
| Third-Party Plaintiff, | ) |
| v. | ) |
| TRAVIS IHNEN and MICHAEL MARTIN, | ) |
| Third-Party Defendants. | ) |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

This matter having come before the Court on the Stipulation of Dismissal Without Prejudice, filed by the parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure; and the Court having fully considered the parties' Stipulation and being otherwise duly advised in the premises, the Court now finds that the Stipulation should be **APPROVED**;

ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the above-captioned matter shall be, and is hereby, dismissed in its entirety, without prejudice, each party to bear its own costs and attorneys' fees.

Date: 5/10/2021

_____
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system